# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: )
**Isaac Coleman** )
)  Case No. _____
)  Chapter  **7**
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/employee record information is filed on behalf of the debtor(s):
Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning date | Ending date |
|---|---|---|---|
| **Debtor** | **Guthrie Public Schools \| 802 E Vilas Ave, Guthrie, OK 73044** | **Aug. 1st, 2024** | **January 24, 2025** |
| **Debtor** | **SS Administration \| Ste. 150 406 E. Hall of Fame Ave. Stillwater, OK 74075** | **August 1, 2024** | **January 31, 2025** |
| | | | |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **February 27, 2025**   .

**/s/ Isaac Coleman**
Debtor Signature
Printed Name:   **Isaac Coleman**

_____
Joint Debtor's Signature (if applicable)
Printed Name: _____

☐ Pro se Debtor
☑ Represented by Counsel

**/s/ Alexander Hilton III**
**Alexander Hilton III OBA 33909**
**Alex Hilton III Law Firm, LLC**
**6440 Avondale Drive, Ste. 201**
**Oklahoma City, OK 73116**
**(405) 418-7876 | Fax (405) 260-9711**

**aehiltonlaw@gmail.com**
Counsel for **Isaac Coleman**

Employee Portal - 2025
isaac.coleman

Resources

Training Video | MAS Announcements



**Name**
COLEMAN, ISAAC
**Employee No**  **State ID**
84296

My Info | Pay Info | Education /

Pay Period    2024 8 1 - 11

Quick Glance

Salary Calculation    $18,225.00 / 12 + $1,250.00 / 12 + $1,260.00 / 12
Net                  $1,633.97

Page  1   of  1        Pdf

**GUTHRIE PUBLIC SCHOOLS**         802 EAST VILAS GUTHRIE OK 73044

| 84296 | ISAAC BERNARD COLEMAN | Location: 125 | | | P.O.: 50399 | Date: 06/27/2024 | Amount: | |
|---|---|---|---|---|---|---|---|---|
| | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxabl |
| Current: | 1,727.88 | 0.00 | 38.00 | 138.93 | -83.02 | 1,633.97 | 145.00 | |
| Contract YTD: | 20,735.00 | 0.00 | 452.00 | 1,664.32 | | | 1,740.00 | 2: |
| Calendar YTD: | 13,823.32 | 0.00 | 304.00 | 1,111.44 | | | | 14 |

Gross Salary Calculation for Pay Period:  24081

Employee Portal - 2025
isaac.coleman

Resources

Training Video | MAS Announcements



**Name**
COLEMAN, ISAAC

**Employee No**  **State ID**
84296

My Info | Pay Info | Education /

**Pay Period**    2024 9 1 - 11

Quick Glance

Salary Calculation   $19,575.00 / 12 + $1,250.00 / 12 + $1,260.00 / 12
Net                  $1,732.89

Page 1 of 1    Pdf

**GUTHRIE PUBLIC SCHOOLS**          802 EAST VILAS GUTHRIE OK 73044

84296   ISAAC BERNARD COLEMAN   Location: 125         P.O.: 50484   Date: 09/25/2024  Amount:

|  | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxabl |
|---|---|---|---|---|---|---|---|---|
| Current: | 1,840.42 | 0.00 | 43.00 | 147.55 | -83.02 | 1,732.89 | 153.47 |  |
| Contract YTD: | 1,840.42 | 0.00 | 43.00 | 147.55 |  |  | 153.47 |  |
| Calendar YTD: | 15,663.74 | 0.00 | 347.00 | 1,258.99 |  |  |  | 16 |

Gross Salary Calculation for Pay Period: 24091

**Employee Portal - 2025**

isaac.coleman

Resources

Training Video | MAS Announcements



**Name**
COLEMAN, ISAAC
**Employee No**  **State ID**
84296

| My Info | Pay Info | Education / |

| Pay Period | 2024 10 1 - 11 |

Quick Glance

| Salary Calculation | $1,250.00 / 12 + $1,260.00 / 12 + $140.62 + $19,490.63 / 11 |
| Net | $1,979.64 |

Page 1 of 1   Pdf

GUTHRIE PUBLIC SCHOOLS          802 EAST VILAS GUTHRIE OK 73044

| 84296 | ISAAC BERNARD COLEMAN | Location: 125 | | | | P.O.: 50484 | Date: | 10/25/2024 | Amount: |
|---|---|---|---|---|---|---|---|---|---|
| | | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxabl |
| **Current:** | | 2,121.67 | 0.00 | 56.00 | 169.05 | -83.02 | **1,979.64** | 174.64 | |
| **Contract YTD:** | | 3,962.09 | 0.00 | 99.00 | 316.60 | | | 328.11 | |
| **Calendar YTD:** | | 17,785.41 | 0.00 | 403.00 | 1,428.04 | | | | 18 |

**Gross Salary Calculation for Pay Period:** 24101

Employee Portal - 2025
isaac.coleman

## Resources

Training Video | MAS Announcements

**Name**
COLEMAN, ISAAC

**Employee No** **State ID**
84296

| My Info | Pay Info | Education / |

**Pay Period** 2024 11 1 - 11

### Quick Glance

| | |
|---|---|
| Salary Calculation | Support Stipend September-Gross: $1,250.00 / 12 \| Gross: $1,260.00 / 12 \| Gross: $19,490.63 / |
| Net | $1,855.78 |

Page 1 of 1  Pdf

**GUTHRIE PUBLIC SCHOOLS**          802 EAST VILAS GUTHRIE OK 73044

| 84296 | ISAAC BERNARD COLEMAN | Location: 125 | | | P.O.: 50484 | Date: 11/22/2024 | Amount: |
|---|---|---|---|---|---|---|---|
| | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxabl |
| Current: | 1,981.05 | 0.00 | 50.00 | 158.29 | -83.02 | 1,855.78 | 164.06 | |
| Contract YTD: | 5,943.14 | 0.00 | 149.00 | 474.89 | | | 492.17 | |
| Calendar YTD: | 19,766.46 | 0.00 | 453.00 | 1,586.33 | | | | 20 |

**Gross Salary Calculation for Pay Period:** 24111

Employee Portal - 2025

isaac.coleman

### Resources

Training Video | MAS Announcements

**Name**
COLEMAN, ISAAC
**Employee No**   **State ID**
84296

My Info | **Pay Info** | Education

**Pay Period**   2024 12 1 - 11

### Quick Glance

**Salary Calculation**   Support Stipend September-Gross: $1,250.00 / 12 | Gross: $1,260.00 / 12 | Gross: $19,490.63 /

**Net**   $1,855.78

Page 1 of 1   Pdf

**GUTHRIE PUBLIC SCHOOLS**   802 EAST VILAS GUTHRIE OK 73044

| 84296 | ISAAC BERNARD COLEMAN | Location: 125 | | | P.O.: 50484 | Date: | 12/20/2024 | Amount: |
|---|---|---|---|---|---|---|---|---|
| | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxabl |
| Current: | 1,981.05 | 0.00 | 50.00 | 158.29 | -83.02 | 1,855.78 | 164.06 | |
| Contract YTD: | 7,924.19 | 0.00 | 199.00 | 633.18 | | | 656.23 | |
| Calendar YTD: | 21,747.51 | 0.00 | 503.00 | 1,744.62 | | | | 2 |

Gross Salary Calculation for Pay Period:   24121

Employee Portal - 2025
isaac.coleman

Resources

Training Video | MAS Announcements



**Name**
COLEMAN, ISAAC

**Employee No**   **State ID**
84296

| My Info | **Pay Info** | Education / |

**Pay Period**        2025 1 1 - 11

Quick Glance

Salary Calculation   Support Stipend September-Gross: $1,250.00 / 12 | Gross: $1,260.00 / 12 | Gross: $19,490.63 /
Net                  $1,772.20

Page  1   of  1        Pdf

**GUTHRIE PUBLIC SCHOOLS**                    802 EAST VILAS GUTHRIE OK 73044

| 84296 | ISAAC BERNARD COLEMAN | Location: 125 | | | P.O.: 50484 | Date: | 01/24/2025 | Amount: |
|---|---|---|---|---|---|---|---|---|
| | Gross | FWH | SWH | FICA | Vol Ded | | Net | Fringe | Taxabl |
| Current: | 1,981.05 | 82.70 | 58.00 | 158.89 | -90.74 | | 1,772.20 | 164.06 | |
| Contract YTD: | 9,905.24 | 82.70 | 257.00 | 792.07 | | | | 820.29 | 1( |
| Calendar YTD: | 1,981.05 | 82.70 | 58.00 | 158.89 | | | | | |

**Gross Salary Calculation for Pay Period:** 25011

## Notice of Cost-of-Living Adjustment (COLA)

Hello ISAAC B COLEMAN

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your *my Social Security* account.

| How Much You Will Get In 2025 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2025 <u>before</u> deductions | $1,062.00 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 <u>after</u> deductions<br>This monthly amount may include deductions not listed above. | $992.00 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.



### Need more help?

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-888-366-6143**.

SOCIAL SECURITY
STE 150
406 E HALL OF FAME AVE
STILLWATER, OK 74075